**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MARY JANE PIETSCH,    :
           :
   Plaintiff,    :  Civil Action No.:  09-0390 (RMU)
           :
   v.      :  Re Document Nos.: 3, 7, 12
           :
MCKISSACK & MCKISSACK,  :
           :
   Defendant.   :

**ORDER**

**GRANTING THE PLAINTIFF'S SECOND MOTION TO AMEND THE COMPLAINT; DENYING AS MOOT THE PLAINTIFF'S FIRST MOTION TO AMEND THE COMPLAINT; DENYING WITHOUT PREJUDICE THE DEFENDANT'S MOTION TO DISMISS**

For the reasons stated in the court's Memorandum Opinion separately and contemporaneously issued this 12th day of January, 2010, it is hereby

**ORDERED** that the plaintiff's second motion to amend the complaint is **GRANTED**; and it is

**FURTHER ORDERED** that the plaintiff's first motion to amend the complaint is **DENIED as moot**; and it is

**ORDERED** that the defendant's motion to dismiss is **DENIED without prejudice**.

**SO ORDERED**.

           RICARDO M. URBINA
           United States District Judge